Margaret M. Peterson, appellee, v. Evar F. Peterson, appellant. Gen. No. 25,430.

Action for divorce on ground of extreme and repeated cruelty. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Louis S. Cohn and Edwin B. Bederman, for appellant. Walter H. Eckert and Warren B. Buckley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Thomas O'Brien, appellant, v. Edwin Anda, appellee. Gen. No. 25,448.

Action to recover balance due on hay sold. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Heffron, Perkinson & Berlet, for appellant. Edgar A. Jonas, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Seaman Paper Company, appellant, v. American Envelope Company, appellee. Gen. No. 25,482.

Action to recover balance of contract price of paper. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 13, 1920.

Adams, Follansbee, Hawley & Shorey, for appellant; Mitchell D. Follansbee, John E. Gavin and Fred Barth, of counsel. Harris F. Williams, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Gordon A. Ramsay, administrator of estate of Norman Gibson, deceased, appellee, v. Wisconsin Steel Company, appellant. Gen. No. 25,524.

Action to recover for the death of an employee on a freight boat knocked into hold by hoisting bucket. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. A. D. Morgan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed October 13, 1920.

David A. Orebaugh for appellant; Edgar A. Bancroft, Samuel D. Snow and Victor A. Remy, of counsel. Thomas J. Graydon and Peden, Kahn & Murphy, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.